**STATE of Missouri, Respondent,**

v.

**Charles GLOVER, Appellant.**

**No. 46557.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1984.

Application to Transfer Denied
Nov. 20, 1984.

Lee T. Lawless, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction of murder in the second degree, § 565.004 RSMo

1978. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).